# EXHIBIT B

| | | | |
|---|---|---|---|
| | State of Louisiana Secretary of State | **COMMERCIAL DIVISION** 225.925.4704 | |
| |  | Fax Numbers 225.932.5317 (Admin. Services) 225.932.5314 (Corporations) 225.932.5318 (UCC) | |

| Name | Type | City | Status |
|---|---|---|---|
| TIDEWATER INC. | Business Corporation (Non-Louisiana) | DOVER | Active |

**Previous Names**
 TIDEWATER MARINE SERVICE INC. (Changed: 8/12/1977)

**Business:** TIDEWATER INC.
**Charter Number:** 23410370F
**Registration Date:** 6/27/1956

**Domicile Address**
 1675 SOUTH STATE ST, STE B
 DOVER, DE 19901

**Mailing Address**
 6002 ROGERDALE RD, STE 600
 HOUSTON, TX 77072

**Principal Business Office**
 6002 ROGERDALE RD, STE 600
 HOUSTON, TX 77072

**Registered Office in Louisiana**
 8550 UNITED PLAZA BUILDING II, STE. 305
 BATON ROUGE, LA 70809

**Principal Business Establishment in Louisiana**
 8550 UNITED PLZ BLDG II STE 305
 BATON ROUGE, LA 70809

## Status

**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 6/27/1956
**Last Report Filed:** 6/7/2021
**Type:** Business Corporation (Non-Louisiana)

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | CAPITOL CORPORATE SERVICES, INC. |
| **Address 1:** | 8550 UNITED PLAZA BUILDING II, STE. 305 |
| **City, State, Zip:** | BATON ROUGE, LA 70809 |
| **Appointment Date:** | 6/28/2019 |

**EXHIBIT B**

## Officer(s)

Additional Officers: No

| | |
|---|---|
| Officer: | KENNETH TRAUB |
| Title: | Director |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | LARRY T. RIGDON |
| Title: | Director |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | LOUIS RASPINO |
| Title: | Director |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | RANDEE E. DAY |
| Title: | Director |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | ROBERT P. TAMBURRINO |
| Title: | Director |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | SAM R. RUBIO |
| Title: | Vice-President |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | DICK FAGERSTAL |
| Title: | Director |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | QUINTIN V. KNEEN |
| Title: | President, Director |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | DANIEL A. HUDSON |
| Title: | Vice-President, Secretary |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

| | |
|---|---|
| Officer: | DAVID E. DARLING |
| Title: | Vice-President |
| Address 1: | 6002 ROGERDALE RD STE 600 |
| City, State, Zip: | HOUSTON, TX 77072 |

## Mergers (2)

| Filed Date | Effective Date: | Type | Charter# | Chater Name | Role |
|---|---|---|---|---|---|
| | | | | | |


EXHIBIT B

| 2/1/1968 | 2/1/1968 | MERGE | 23410370F | TIDEWATER INC. | SURVIVOR |
|---|---|---|---|---|---|
| | | | 22405230D | TWENTY GRAND MARINE SERVICE, INC. | NON-SURVIVOR |
| 3/30/1995 | 3/30/1995 | MERGE | 23410370F | TIDEWATER INC. | SURVIVOR |
| | | | 25305740D | TIDEWATER REALTY, INC. | NON-SURVIVOR |

## Amendments on File (15)

| Description | Date |
|---|---|
| Amendment | 10/22/1964 |
| Amendment | 10/22/1964 |
| Amendment | 9/8/1965 |
| Restated Articles | 2/1/1968 |
| Merger | 2/1/1968 |
| Amendment | 8/20/1968 |
| Restated Articles | 9/12/1969 |
| Amendment | 9/2/1976 |
| Stmt of Chg or Chg Prin Bus Off | 6/20/1977 |
| Name Change | 8/12/1977 |
| Amendment | 9/8/1977 |
| Amendment | 10/9/1981 |
| Merger | 3/30/1995 |
| Stmt of Chg or Chg Prin Bus Off | 3/1/1999 |
| Stmt of Chg or Chg Prin Bus Off | 10/4/2013 |

[Print]

EXHIBIT B