# EXHIBIT C

*CE-16337*

# Certificate Of Good Standing

## TO WHOM IT MAY CONCERN

*I DO HEREBY CERTIFY that*

**TIDEWATER CREWING LIMITED**

*a company duly organised and existing under and by virtue of the Laws of The Cayman Islands is at the date of this certificate in Good Standing with the office, and duly authorised to exercise therein all the powers vested in the company.*



*Given under my hand and Seal at George Town in the Island of Grand Cayman this 28th day of November Two Thousand Nineteen*

**An Authorised Officer,
Registry of Companies,
Cayman Islands.**

Authorisation Code : 341587376482
www.verify.gov.ky
28 November 2019



**EXHIBIT C**