IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
CIVIL DIVISION

| | |
|---|---|
| **MAREK MATTHEWS, ET AL.,** § | |
| **Plaintiffs,** § | |
| § | |
| § | Case No. 2:21-cv-01530-WBV-DMD |
| **v.** § | |
| § | |
| **TIDEWATER CREWING LTD, ET AL.,** § | |
| **Defendant.** | |

### PLAINTIFF MAREK MATTHEWS' MOTION TO SEVER AND REMAND

Plaintiff, Marek Matthews, hereby moves this court to sever and remand his action here to the Louisiana Civil District Court for the Parish of Orleans from which it was removed by defendant Tidewater, Inc. on August 12, 2021 (Doc #1) on the grounds that Plaintiff Matthews is unquestionably a Jones Act seaman, and Plaintiff's Petition for Damages includes claims under the Jones Act, 46 U.S.C.A. § 30104.The grounds for this motion are more fully set forth in the accompanying memorandum supporting this motion.

Dated: September 21, 2021

                                                  Respectfully submitted,

                                                  */s/ Matthew D. Shaffer*
                                                  MATTHEW D. SHAFFER
                                                  TBA #18085600
                                                  LAURA B. DE LA CRUZ
                                                  TBA # 24095300
                                                  SCHECHTER, MCELWEE, SHAFFER, &
                                                  HARRIS, L.L.P.
                                                  3200 Travis, Third Floor
                                                  Houston, Texas 77006
                                                  TEL: (713) 524-3500
                                                  FAX: (866) 696-5610
                                                  Email: Mshaffer@smslegal.com
                                                        Ldelacruz@smslegal.com

AND

*/s/ S. Reed Morgan*
S. REED MORGAN
Texas State Bar No: 14452300
LBA# 09714
THE CARLSON LAW FIRM
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (800) 359-5690
Facsimile: (254) 526-8204
E-Mail: rmorgan@carlsonattorneys.com
rmtrialfirm@gmail.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2021, I served a copy of the foregoing on all parties of record via this Court's CM/ECF system.

Michael T. Amy (#35626)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
(504) 581-5141
jdevall@deutschkerrigan.com
mamy@deutschkerrigan.com
**AND**
**CLARK HILL PLC**
DAVID E. JAMES
LA Bar No. 27820
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
T (409) 351.3800 │ F (409) 351.3883
djames@clarkhill.com

**ATTORNEYS FOR TIDEWATER, INC.**

*Of Counsel:*
**CLARK HILL PLC**
Bijan R. Siahatgar

bsiahatgar@clarkhill.com
Tx. Bar No. 18336200
Misha Paltiyevich
Tx. Bar No. 24095695
mpaltiyevich@clarkhill.com
909 Fannin, Suite 2300
Houston, Texas 77010
and
H. Scott Alexander
LA Bar No. 39080
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
T (409) 351.3800 │ F (409) 351.3883
hsalexander@clarkhill.com

                                      */s/ S. Reed Morgan*